# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of OKLAHOMA

Case Number: CIV-15-40-D

Plaintiff:
ALLEGIANT MARKETING GROUP, INC.

vs.

Defendant:
DIRECT INNOVATIONS, LLC, ET AL.

For:
Michael D. McClintock
MCAFEE & TAFT, P.C.
211 North Robinson
Two Leadership Square, Tenth Floor
Oklahoma City, OK  73102

Received by ABC PROCESS SERVICE on the 16th day of January, 2015 at 5:30 pm to be served on MCCARTHY COMPANIES, INC. C/O TIMOTHY J. MCCARTHY, 4245 N. CENTRAL EXPRESSWAY, SUITE 600, DALLAS, TX 75205.

I, ARTHUR B. CIRILLO, do hereby affirm that on the **20th day of January, 2015 at 11:20 am, I:**

**AUTHORIZED:** served by delivering a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT 1; CIVIL COVER SHEET with the date and hour of service endorsed thereon by me, to: CIGI INGRAM as MANAGER, who stated they are authorized to accept service for: MCCARTHY COMPANIES, INC. C/O TIMOTHY J. MCCARTHY at the address of: **4245 N. CENTRAL EXPRESSWAY, SUITE 600, DALLAS, TX 75205**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

ARTHUR B. CIRILLO
SCH 331, EXP. 07/31/2017

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
**(214) 220-0226**

Our Job Serial Number: ABC-2015000206

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| ALLEGIANT MARKETING GROUP, INC. an Oklahoma corporation, | ) ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. CIV-15-40-D |
| DIRECT INNOVATIONS, LLC, STRIKE MARKETING, LLC, McCARTHY COMPANIES, INC., and AMBERLY ALLEN, | ) ) ) ) | |
| Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

McCarthy Companies, Inc.
c/o Timothy J. McCarthy
4245 N. Central Expressway, Suite 600
Dallas, TX 75205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. McClintock, Curtis J. Thomas, and Zachary A.P. Oubre
McAfee & Taft, A Professional Corporation
211 North Robinson, Two Leadership Square, Tenth Floor
Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
**2:55 pm, Jan 16, 2015**
*CARMELITA REEDER SHINN, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*